**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTINA DOVE,**

    **Plaintiff,**

v.     Case No.  8:11-cv-1824-T-30TGW

**CELLCO PARTNERSHIP**
**d/b/a VERIZON WIRELESS,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Cellco Partnership d/b/a Verizon Wireless' Bill of Costs (Dkt. 36), Defendant's Memorandum in support (Dkt. 37), and Defendant's Declaration in support (Dkt. 38).  Defendant seeks costs in the amount of $3,582.76.  The Court concludes that Defendant is entitled to recover all costs contained in its Proposed Bill of Costs *except for* the mediation fees in the amount of $800.00 because costs associated with mediation are not taxable under 28 U.S.C. § 1920.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Cellco Partnership d/b/a Verizon Wireless' Bill of Costs (Dkt. 36) is granted in part.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff and in favor of Defendant in the amount of **$2,782.76** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on February 12, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-1824.billofcosts.frm